IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WEBSTER BUSINESS CREDIT
CORPORATION                                                                                      PLAINTIFF

VS.                                      CASE NO. 08-CV-1083

BRADLEY LUMBER COMPANY, et al.                                                   DEFENDANTS

ARKANSAS DEVELOPMENT FINANCE                                         INTERVENOR PLAINTIFF
AUTHORITY

PARKWAY BANK                                                                      INTERVENOR PLAINTIFF

## JUDGMENT

Before the Court is a Motion for Partial Summary Judgment filed by Arkansas Development Finance Authority ("ADFA"). (Doc. 78). ADFA moves the Court for entry of an order that will permit certain mortgaged property to be sold at a foreclosure sale. Further, ADFA moves for the entry of an order that establishes Bradley Lumber Company's liability to pay certain indebtedness arising under a promissory note. No parties have filed a response in opposition to ADFA's motion for partial summary judgment, and the time for response has passed.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Plaintiff's partial motion for summary judgment (Doc. 78) should be and hereby is **GRANTED**. The Court further finds that, as of December 4, 2008, Bradley Lumber owes the principal amount of $1,000,000.00, with accrued interest in the amount of $26,909.36, for a total of $1,026,909.36 with interest continuing to accrue daily in the amount of $174.74 until paid in full, plus attorney's fees, costs and expenses incurred and to be incurred by ADFA. ADFA is directed to supply the Court with the Decree of Foreclosure to be entered in this matter.

IT IS SO ORDERED, this 23rd day of March, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge