IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WEBSTER BUSINESS CREDIT
CORPORATION                                                                            PLAINTIFF

VS.                              CASE NO. 08-CV-1083

BRADLEY LUMBER COMPANY, et al.                                        DEFENDANTS

ARKANSAS DEVELOPMENT FINANCE                       INTERVENOR PLAINTIFF
AUTHORITY

VS.

WEBSTER BUSINESS CREDIT
CORPORATION, et al.                                              INTERVENOR DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed October 10, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 201). Judge Bryant recommends that Arkansas Development Finance Authority's ("ADFA") Motion for Partial Summary Judgment (Doc. 102) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. ADFA's Motion for Partial Summary Judgment (Doc. 102) is hereby **GRANTED**.

IT IS SO ORDERED, this 21st day of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge