```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    EL DORADO DIVISION

WEBSTER BUSINESS CREDIT
CORPORATION.                                          PLAINTIFF

v.                       Case No. 08-1083

BRADLEY LUMBER COMPANY;
BRADLEY SPECIALTIES, LLC;
BRADLEY SPECIALTIES DIVISION,
an unincorporated company;
BRADLEY LUMBER COMPANY OUTLET
STORE, LLC; F. DAVID CHAMBERS
                                                      DEFENDANTS


v.

ARKANSAS DEVELOPMENT
FINANCE AUTHORITY                           PLAINTIFF-INTERVENOR

v.

WEBSTER BUSINESS CREDIT CORP.;
BRADLEY LUMBER COMPANY;
PARKWAY BANK                              DEFENDANT-INTERVENEE

F. DAVID CHAMBERS; MICHELLE
CHAMBERS; and ARKANSAS
ECONOMIC DEVELOPMENT COMMISSION                       DEFENDANTS
```
---
```
AXIS SURPLUS INSURANCE COMPANY                        PLAINTIFF

v.                       CASE NO. 11-1028

OASIS TRADING, LLC,
ARKANSAS DEVELOPMENT FINANCE
AUTHORITY, ARKANSAS ECONOMIC
DEVELOPMENT COMMISSION,
WEBSTER BUSINESS CREDIT CORP.,
PARKWAY BANK and
BRADLEY LUMBER COMPANY,                               DEFENDANTS
```

## ORDER

For the reasons reflected in the Court's previous Orders, the Clerk of the Court is hereby ordered to disburse to the parties the remaining interpled funds deposited with the Registry of the court in Case No. 11-1028, totaling $1,369,921.72, plus ninety percent (90%) of any interest that has accrued.  The Clerk shall collect the Registry Fee of ten percent (10%) of the interest earned on deposit in accordance with Local Rule 67.1(m).  The Clerk is directed to make such disbursement to the parties in proportion to their respective shares in the Settlement Agreements (11-1028: Docs. 81 and 138) (08-1083: Doc. 304) and the Court's Memorandum Opinion and Order (Doc. 132).

In addition to the funds previously disbursed to AEDC, Parkway Bank and ADFA, those parties shall take proportionate shares of the interest accrued from their March 21, 2012 award, less ten percent (10%) fee, through the date of this Order.

ADFA, Webster and Oasis shall take proportionate shares of the interest accrued from their March 27, 2012 award, less ten percent (10%) fee, through the date of this Order.

All parties are to bear their own costs and fees.

IT IS SO ORDERED this 30th day of March, 2012.

/s/ Robert T. Dawson_____
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**