```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

WEBSTER BUSINESS CREDIT
CORPORATION                                            PLAINTIFF

    v.                Case No. 1:08-CV-1083

BRADLEY LUMBER COMPANY, et al.                         DEFENDANTS

ARKANSAS DEVELOPMENT FINANCE
AUTHORITY                                     INTERVENOR PLAINTIFF

    v.

WEBSTER BUSINESS CREDIT
CORPORATION, et al.                          INTERVENOR DEFENDANTS

## ORDER

Now on this 15th day of October 2013, there comes on for consideration the report and recommendation filed herein on September 16, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 328). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Bradley Lumber and Chambers' Motion to Set Aside Foreclosure Sale and Order Confirming Sale (Doc. 317) is **DENIED.**

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge